IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| ALBERTO C. MAGALLANES, | ) | |
|---|---|---|
| Petitioner, | ) | 8:17CV259 |
| v. | ) | |
| ROBERT MADSEN, Nebraska State Penitentiary Warden, | ) | ORDER |
| Respondent. | ) | |

IT IS ORDERED that:

(1) To the extent that Petitioner's Motion for Reconsideration (filing no. 20) concerns his request for the appointment of counsel, the motion is denied.

(2) The Petitioner's Motion to Produce Records (filing no. 21, part 1) is denied, because Petitioner has not shown a need for the additional records.

(3) The Petitioner's Motion for Extension of Time (filing no. 21, part 2) is granted. Petitioner is given until April 9, 2018, to file a brief. Respondent is then given until May 9, 2018, to file a reply brief or to state that he will not file a reply brief.

DATED this 21st day of February, 2018.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge